1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  GEORGE L. BEVAN, JR. (CSBN 65207)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: 510-637-3689
7  Email: George.bevan@usdoj.gov

8  Attorneys for the United States of America

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12 UNITED STATES OF AMERICA,          )   No. CR-06-00472-SBA
                                      )
13         Plaintiff,                 )
                                      )
14         v.                         )   STIPULATION AND ORDER TO
                                      )   RESCHEDULE ARRAIGNMENT
15                                    )
                                      )
16 DAVID LEE DUCKART,                 )
                                      )
17         Defendant.                 )
                                      )
18

19      The United States and the defendant, through their undersigned counsel, hereby

20 stipulate and agree to reschedule the arraignment on the Information filed herein from

21 **July 24, 2006** before the Duty Magistrate in San Francisco, to **July 18, 2006**, before

22 Magistrate Wayne D. Brazil in Oakland. Consolidation of this appearance with the

23 appearance before Magistrate Brazil in CR-98-40120-SBA, will conserve judicial

24 resources.

25                              Respectfully submitted,

26

27 Dated: 7-12-06

                                _____
                                GARRICK S. LEW, Esq.
28                              Attorney for David Duckart

KEVIN V. RYAN
United States Attorney

Dated: 7/12/06

GEORGE L. BEVAN JR.
United States Attorney

## ORDER RESCHEDULING ARRAIGNMENT

Upon the foregoing stipulation of the parties, and good cause therefor, IT IS HEREBY ORDERED that the arraignment in this case is rescheduled from July 24, 2006, to **Tuesday, July 18, 2006, at 10:00 a.m.**, before Magistrate Judge Wayne D. Brazil in Oakland.

Dated: July 14, 2006

NANDOR J. VADAS
United States Magistrate Judge

JOINT APPLICATION TO
RESCHEDULE SENTENCING DATE                    2