1  GARRICK S. LEW  SBN # 61889
   Law Offices of Garrick S. Lew & Associates
2  600 Townsend Street Suite 329 E
   San Francisco, CA 94103
3  Telephone:  (415) 788-9000
   Fasimile:   (415) 522-1506
4
   Attorney for Defendant
5  David Duckart

6

7

                    FILED
                    JAN 3 - 2007
                    RICHARD W. WIEKING
                    CLERK, U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                    OAKLAND

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )
                                        )
12              Plaintiff,              )   CR No. 98-40120   SBA
        vs.                             )   CR No. 06-00472   SBA
13                                      )   ~~CR~~ No. 4-06-70812 WDB **now CR-06-00824-SBA**
    DAVID DUCKART,                      )
14                                      )   ADDITIONAL SPECIAL CONDITIONS
                Defendant.              )   OF PRETRIAL RELEASE
15  _____)

16      In addition to the CONDITIONS OF RELEASE AND APPEARANCE in each of the above

17  listed cases, defendant is subject to the following special conditions of release;

18  1.  Defendant shall remove and uninstall any and all DSL\High Speed internet connections and shall

19  terminate all existing internet provider service at 2622 Derby Drive, San Ramon, California and shall

20  not access to the internet without approval of the Office of the United States Attorney.

21  2.  Defendant shall surrender possession of all his computers, desktop, laptop, and mobile

22  communication devices [including, but not limited to PDF, Blackberry, TREO, Palm] including all

23  cellular phones to his attorney Garrick S. Lew forthwith.

24  3.  Defendant shall terminate all cellular and internet provider services.

25  4.  Defendant shall have one telephone land line with a new unlisted number at his residence.

26  Defendant shall provide the unlisted phone number to the government and the land line shall be subject

27  to pen register monitoring, cost of monitoring to be paid for by defendant.

28  5.  Defendant shall remain on 24 hour home detention and electronic monitoring at his residence

*cc: WDB's Stats, Copy to parties via ECF, Pretrial Financial, Lisa Clark*

1  supervised by Pretrial Services. Pretrial Services shall have the right to conduct unannounced visits for
2  purposes of supervision and compliance with all conditions of supervised release. Defendant shall have
3  the right to visits with his medical providers and attorneys with prior approval of Pretrial Services.

4  6.   Defendant shall disclose names, addresses and phone numbers of any and all known players,
5  agents and runners who contact defendant while on pretrial release. Defendant shall also provide the
6  government with the same contact information regarding players, agents and runners who have been in
7  engaged with defendant in sports betting activity since August 2006 so that the government can contact
8  these individuals to advise the individuals not to have further contact with defendant.

9  7.   Defendant shall disclose the following financial information:
10     a.   Present balance in the Pinnacle Account;
11     b.   Monthly accounting of all disbursements from the Pinnacle Account used to pay for
12          necessities and ordinary daily living expenses;
13     c.   Monthly accounting of all income and expenses including source of funds used and
14          received;
15     d.   Disclose the location and present balances of all brokerage, checking, savings, time
16          certificate deposits or negotiable financial instruments. Defendant shall not withdraw
17          or transfer funds on deposit without prior approval of the government.

19  So Stipulated.

21  Dated: December 20, 2006              /s/
                                          George L. Bevan, Jr.
22                                        Assistant United States Attorney

23
24  Dated: December 20, 2006              /s/
                                          Garrick S. Lew
                                          Attorney for Defendant David Duckart
25
26     SO ORDERED.

27  Dated: ~~December 20, 2006~~
                                          /s/ Wayne D. Brazil
28                                        Wayne D. Brazil
                                          United States Magistrate Judge

Signed 1/3/07