SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

GEORGE L. BEVAN JR. (CSBN 65207)
Assistant United States Attorney

    Federal Courthouse
    1301 Clay Street, Suite 340S
    Oakland, Ca. 94612
    Telephone: 510-637-3689
    Fax: 510-637-3679
    Email: george.bevan@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Nos. CR-06-472-SBA |
|---|---|---|
|     Plaintiff, | ) |       CR-98-40120-SBA |
|     v. | ) | STIPULATION AND ORDER FOR SCHEDULING OF CHANGE OF PLEA |
| DAVID LEE DUCKART, | ) | |
|     Defendant. | ) | |
| _____ | ) | |

      The parties jointly stipulate and request that this matter be specially calendared for change of plea on the Court's calendar on **November 28, 2007**, at **9:00 a.m.**  A copy of the plea agreement agreed upon by the parties will be provided to the Court in advance of the scheduled court appearance.

                              Respectfully submitted,

                              SCOTT N. SCHOOLS
                              United States Attorney

Dated: _____      _____
                                        GEORGE L. BEVAN JR.
                                        Assistant United States Attorney

1
2
3  Dated: _____        _____
4                                  GARRICK LEW
                                    Counsel for Defendant David Duckart
5
6
7  IT IS SO ORDERED.
8
9  Dated: _11/26/07                _____
                                    SAUNDRA BROWN ARMSTRONG
10                                  United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2