1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4
5  STEPHEN G. CORRIGAN (MABN 100560)
   Special Assistant United States Attorney
6   1301 Clay Street; Suite 340S
    Oakland, California 94612
7   Telephone: (510) 637-3701
    Facsimile: (510) 637-3724
8   E-mail:  stephen.corrigan@usdoj.gov
9  Attorneys for the United States of America
10
11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13              OAKLAND DIVISION
14
15 UNITED STATES OF AMERICA,     )     No. CR 98-40120 SBA
                                 )         CR 06-00472 SBA
16        Plaintiff,             )
                                 )         AMENDED
17     v.                        )    STIPULATION TO CONTINUE
                                 )    SENTENCING AND ORDER
18 DAVID DUCKART,                )
                                 )
19        Defendant.             )
20 _____)

21     The parties hereby stipulate with the consent of the court, to continue the
22 sentencing date for defendant David Duckart from March 4, 2008 at 10:00 am to April
23 15, 2008 at 10:00 a.m.  The continuance is requested to allow the parties sufficient time
24 to address and resolve all issues related to sentencing and due to the unavailability of
25

STIPULATION TO CONTINUE AND ORDER
CR 98-40120 SBA & 06-00472 SBA
-1-

government's counsel who will be on military duty from March 3, 2008 through March 11, 2008.

Dated: February 28, 2008            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
STEPHEN G. CORRIGAN

Assistant United States Attorney

DATED: February 28, 2008

_____/s/_____

GARRICK LEW

Attorney for David Duckart

## ORDER

GOOD CAUSE APPEARING, it is ordered that the sentencing date for defendant Duckart will be continued from March 4, 2008 at 10:00 a.m. to April 15, 2008 at 10:00 a.m.

DATED: February 29, 2008

_____
SAUNDRA BROWN ARMSTRONG
U.S. District Court Judge

STIPULATION TO CONTINUE AND ORDER
CR 98-40120 SBA & 06-00472 SBA

-2-